IN THE UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:23-cv-230

GOVIND CHANDAK, AND WIFE
MADHU CHANDAK ,

    Plaintiff,

v.

ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY

    Defendant

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant Allstate Vehicle and Property Insurance Company ("Allstate"), by and through the undersigned counsel, respectfully removes the above-entitled action from the Superior Court of Wake County, North Carolina, to this Court, pursuant to 28 U.S.C. § 1332 and § 1446 on the following grounds:

1.    On or about 13 March 2023, Plaintiffs Govind Chandak and wife Madhu Chandak ("Plaintiffs") commenced a civil action by filing its Complaint in the Superior Court of Wake County, North Carolina (File No. 23 CVS 5583-910).

2.    Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders received by Allstate in such action are attached to this Notice.

3.    Upon information and belief, Plaintiffs served a copy of the Summons and Complaint on Mike Causey, Insurance Commissioner, or about 17 March 2023 as statutory process agent pursuant to N.C. Gen. Stat. § 58-16-30.

4. Upon information and belief, Allstate first received a copy of the Summons and Complaint on or about 28 March 2023.

5. Plaintiffs' claim against Allstate consists of a first-party claim by an insured, Plaintiffs, against its insurer, Allstate, based on a policy of insurance that Allstate issued to Plaintiffs.

6. The United States District Court for the Eastern District of North Carolina has jurisdiction over this matter under 28 U.S.C. § 1332(a) and § 1441(a), and this action is one that may be removed by Allstate pursuant to 28 U.S.C. § 1446 in that:

    a. Plaintiffs' Complaint alleges that Plaintiffs are citizens and residents of Wake County, North Carolina. (Compl. ¶ 1).

    b. Allstate is a foreign insurance company. (*See* Compl. ¶ 2).

    c. Allstate is an Illinois Corporation with its principal place of business in the State of Illinois.

    d. Plaintiffs' Complaint alleges that Allstate is indebted to Plaintiffs in the amount of at least $100,000.00, and the amount in controversy is greater than $75,000.00. (*See* Compl. ¶ 5).

7. Allstate timely files this Notice of Removal pursuant to the requirements of 28 U.S.C. § 1446 within 30 days after receiving a copy of the Summons and Complaint.

8. A copy of this Notice of Removal is being served upon Plaintiffs' counsel and is being filed in the Office of the Clerk of Superior Court for Wake County. A copy of the state court notice being filed is attached hereto.

WHEREFORE, Defendant Allstate, by and through the undersigned counsel, prays that this action be removed from the Superior Court of Wake County to the United States District for the Easter District of North Carolina.

Respectfully submitted this the 27th day of April, 2023.

/s/Luke A. Dalton
LUKE ANDREW DALTON
Bar No: 41188
Attorney for Allstate Vehicle and Property
Insurance Company
McAngus Goudelock & Courie, PLLC
4130 Parklake Avenue, Suite 550
Raleigh, North Carolina 27612
**Mailing Address:** Post Office Box 30516
Raleigh, North Carolina 27622
(919) 719-8200
luke.dalton@mgclaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served upon all counsel of record by electronic mail addressed as follows:

>Email: gwoodruff@wrflaw.com
>Gordon C. Woodruff
>Woodruff, Reece & Fortner
>Post Office Box 708
>Smithfield, North Carolina 27577
>Attorney for Govind Chandak

This the 27th day of April, 2023.

>/s/Luke A. Dalton
>LUKE ANDREW DALTON